UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Janet Heaney, Scott Heaney, Curt Matzinger,
Jean Matziner, Farrah Silverstein, Janis Silverstein
and Darlene A. Wilson,

INDEX NO.: CV-09-757

              Plaintiffs

   -v.-

Nicholas Cosmo, individually and in his official
capacity as President of Agape World Inc., Agape
Merchant Advance, LLC and Premium Protection
Plan, LLC; Agape World LLC; Agape Merchant
Advance, LLC; Premium Protection Plan, LLC;
Anthony Massaro, individually and in his official
capacity as Vice President of Agape World Inc.;
Jason Keryc, Individually and in his capacity as Vice
President of Business Development of Agape World
Inc.; Hugo Leon Arias; Sebastian Tauz; Marty
Hartmann, Sr., Individually and his official capacity
as an Officer of Agape World Inc.; Marty Hartmann,
Jr., Individually and his official capacity as an
Officer of Agape World Inc.; John Doe 1-10; Jane
Doe 8A; Company 1; Company 2; John Does 11-
200.

**DEFENDANT JASON KERYC's NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT, AND FOR A STAY OF PROCEEDINGS**

              Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE THAT,** upon the Declaration of Francis J. Murray and the supporting Memorandum of Law, and the other papers filed herein, defendant JASON KERYC, by his attorneys MURRAY & McCANN, will move before the HONORABLE ARTHUR D. SPATT, United States District Judge for the Eastern District of New York, for an order, pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, (1) dismissing the Amended Complaint against defendant Keryc in its entirety for failure to state a claim upon which relief can be granted; (2) staying further proceedings in this action until determination of the motion to

dismiss; (3) in the alternative, staying this action until the conclusion of a related Bankruptcy case and an on-going federal criminal investigation of various defendants herein; and (4) granting the movant such other and further relief as the Court deems just and proper.

Dated: Rockville Centre, New York
       September 22, 2009

                                MURRAY & MCCANN
                                Attorneys for Defendant JASON KERYC

By:   _____
       Joseph D. McCann, Esq. (JM1109)
       100 Merrick Road, Suite 514W
       Rockville Centre, New York 11570
       Tel: (516)766-3131

To:

Campolo, Middleton & Associates, LLP
Attorneys for Plaintiffs
3340 Veterans Memorial Highway
Suite 400
Bohemia, New York 11716

The Law Offices of Ira S. Newman
Attorneys for Sebastian Tauz
98 Cutter Mill Road
Suite 441 - South
Great Neck, New York 11021

Howard E. Greenberg, Esq.
Attorney for Marty Hartmann, Sr. and Marty Hartmann, Jr.
180 East Main Street, Suite 308
Smithtown, New York 11787

Tacopina, Seigel & Turano, P.C.
Attorneys for Anthony Massaro
275 Madison Avenue. 35th Floor
New York, New York 10016