# MURRAY & McCANN
Attorneys at Law
100 Merrick Road, Suite 514 West
Rockville Centre, New York 11570

joemccann@att.net

Tel: (516) 766-3131
Fax: (516) 678-4578
NYC Tel: (212) 921-9500

December 29, 2009

Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4451

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ DEC 30 2009 ★

LONG ISLAND OFFICE

Re: **Janet Heaney, et al. v. Nicholas Cosmo, et al., Civil Action No. CV-09-757 (EDNY).**

Dear Judge Spatt:

We represent defendant Jason Keryc in the above-referenced action. On behalf of all defense counsel appearing in this action, and with the consent of plaintiffs' counsel, we respectfully request that defendants' time to serve and file their reply papers on the pending motions to dismiss the Amended Complaint and for a stay, be extended from December 30, 2009 to January 29, 2010. This is defendants' first request for an extension of time to file and serve their reply papers.

We thank the Court for its courtesy and consideration in this matter.

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT** *via facsimile.*

Respectfully submitted,

Joseph D. McCann

cc:

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4451

Extension granted.
So Ordered.

U.S.D.J. Arthur D. Spatt
12/30/09

Campolo, Middleton & Associates, LLP
Attorneys for Plaintiffs
3340 Veterans Memorial Highway
Suite 400
Bohemia, New York 11716

The Law Offices of Ira S. Newman
Attorneys for Sebastian Tauz
98 Cutter Mill Road
Suite 441 - South
Great Neck, New York 11021

Howard E. Greenberg, Esq.
Attorney for Marty Hartmann, Sr. and Marty Hartmann, Jr.
180 East Main Street, Suite 308
Smithtown, New York 11787

Tacopina, Seigel & Turano, P.C.
Attorneys for Anthony Massaro
275 Madison Avenue. 35th Floor
New York, New York 10016